UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWARD LEE | ) |
| | ) |
| V. | )   C.A. No. 14-529L |
| | ) |
| A.T. WALL, et al | ) |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated November 13, 2015, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, this case is DISMISSED with prejudice.

ENTER:

/s/Ronald R. Laqueux
Ronald R. Lagueux
Senior U.S. District Judge
12/10/15